CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| JERRA MCCREA LYLES, | : | Civil No. 09-3764 (NLH) |
| Petitioner, | : |  |
| v. | : | **ORDER** |
| D. ZICKEFOOSE, etc., et al., | : |  |
| Respondents. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 15th day of December, 2010,

ORDERED that Petitioner's motion (Docket Entry #21) to amend the caption to replace J. Grondolsky with D. Zickefoose as warden is GRANTED; and it is further

ORDERED that Petitioner's motion (Docket Entry Nos. 20, 21-1) to strike the Answer and enter judgment for Petitioner is DENIED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall close the file.

/s/ NOEL L. HILLMAN
**NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey